IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GREENSPAN,<br><br>    Plaintiff,<br><br>  v.<br><br>ORRICK, HERRINGTON & SUTCLIFFE LLP, et al.,<br><br>    Defendants.                                / | No. C 09-04258 CRB<br><br>**ORDER DISMISSING APPEAL** |

    Trustee Robert Greenspan filed a "Precautionary" Motion for Leave to Appeal, seeking leave to appeal only in the event that this Court granted defendants' motions. This Court has denied defendants' motions. Therefore, this Court DISMISSES the Motion as moot.

    **IT IS SO ORDERED.**

Dated: September 2, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\4258\Order Dismissing.wpd